UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAYMOND SULLIVAN, | |
| Plaintiff, | 2:09-cv-2254-JCM-RJJ |
| vs. | |
| HARRAH'S ENTERTAINMENT, INC., *et al*., | O R D E R |
| Defendant, | |

This matter is before the Court on Plaintiff's Motion for Expansion of Time (#20).

The Court having reviewed the Motion (#20) finds that no discovery period has been established in this case. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Expansion of Time (#20) is DENIED.

IT IS FURTHER ORDERED that on or before August 27, 2010, the parties shall file a proposed discovery plan and scheduling order in compliance with the rules.

DATED this  13th  day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge