1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                      * * *

9    RAYMOND SULLIVAN,                    )

                                          )

10              Plaintiff,                )        2:09-cv-2254-JCM-RJJ

                                          )

11   vs.                                  )

                                          )

12   HARRAH'S ENTERTAINMENT, INC.,        )              O R D E R

     et al.,                              )

13                                        )

                Defendant,                )

14   _____ )

15          This matter is before the Court on Plaintiff's Motion for Prejudgement (#18).

16          The Court having reviewed the Motion (#18) and good cause appearing therefore,

17          IT IS HEREBY ORDERED that Plaintiff's Motion for Prejudgement (#18) is DENIED.

18          DATED this  13th   day of August, 2010.

19

20

21                                        _____

                                          ROBERT J. JOHNSTON

22                                        United States Magistrate Judge

23

24

25

26

27

28