UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAYMOND SULLIVAN, | |
| Plaintiff, | 2:09-cv-2254-JCM-RJJ |
| vs. | |
| HARRAH'S ENTERTAINMENT, INC., *et al.*, | O R D E R |
| Defendant, | |

This matter is before the Court on Plaintiff's Motion for Continuation (#19).

The Court having reviewed the Motion (#19) finds there is no basis to delay this case. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Continuance (#19) is DENIED.

DATED this __13th__ day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge