UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| RAYMOND SULLIVAN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-2254-JCM-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| HARRAH'S ENTERTAINMENT, INC., etc., *et al.,* | ) ) | ORDER SCHEDULING A HEARING |
| | ) | |
| Defendant, | ) | |

This matter was referred to the undersigned Magistrate Judge on Defendants' Proposed Discovery Plan and Scheduling Order (#28).

The Court having reviewed the proposed Discovery Plan and Scheduling Order (#28) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing is scheduled for September 15, 2010, at 10:00 A.M. on Defendants' Proposed Discovery Plan and Scheduling Order (#28). The hearing will be held in courtroom #d, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff, Raymond Sullivan, must be present in Court for this hearing.

DATED this  2d   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge